

**IN THE**
**TENTH COURT OF APPEALS**

--------------------

**No. 10-18-00296-CV**

**IN RE LILLIE RUTH WILLIAMS**

--------------------

**Original Proceeding**

--------------------

**MEMORANDUM OPINION**

--------------------

Relator's petition for writ of mandamus is denied.[1]


                                        REX D. DAVIS
                                        Justice

---

[1] The petition for writ of mandamus has several procedural deficiencies. It does not include the certification required by Rule of Appellate Procedure 52.3(j). *See* TEX. R. APP. P. 52.3(j). It also lacks a record. *See id.* at 52.7. It also lacks a proper proof of service; a copy of all documents presented to the Court must be served on all parties (which includes the trial court judge in this proceeding) and must contain proof of service. *See id.* at 9.5, 52.2. Because of our disposition and to expedite it, we will implement Rule 2 and suspend these rules in this proceeding only. *See id.* at 2.

Before Chief Justice Gray,
   Justice Davis, and
   Justice Scoggins
Petition denied
Opinion delivered and filed September 26, 2018
[OT06]

